UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-5-20

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>-against-<br><br>$409,805 IN UNITED STATES CURRENCY,<br><br>        Defendants. | 19-cv-6892 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  The parties should submit a joint status report in this matter by February 19, 2020

**SO ORDERED.**

Dated: February 5, 2020
   New York, New York

                  **ANDREW L. CARTER, JR.**
                  **United States District Judge**